

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00398-CV

Caroline **BUSWELL**,
Appellant

v.

**THE GWSPI COMPANY LLC** as Successor in Interest to Wilmington Trust, NA,
Trustee of the Jeffrey P. Blanchard 2013 Family Trust,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06197
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and all claims in the underlying cause against the appellant, Caroline Buswell, are DISMISSED. It is ORDERED that appellant, Caroline Buswell, recover her costs of this appeal from appellee, The GWSPI Company LLC as Successor in Interest to Wilmington Trust, NA, Trustee of the Jeffrey P. Blanchard 2013 Family Trust.

SIGNED October 7, 2015.

_____
Sandee Bryan Marion, Chief Justice